AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Creswell, Bessie M. | U.S. Bankruptcy Court, Middle District of Alabama | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Frank M. Johnson U.S. Federal Courthouse
One Church Street
Montgomery, Alabama 36104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Burr & Forman LLP |
| 2. | Trustee | Alabama Law Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Burr & Forman Profit Sharing Plan with former law firm with Empowerment Retirement as Recordkeeper |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Burr & Forman, salary | $52,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 04/19/18-04/21/18 | Washington D.C. | Annual meeting, speaker | transportation, meals, lodging, and tuition |
| 2. | Alabama State Bar | 06/07/18-06/10/18 | San Destin, FL | Bankruptcy at the Beach, speaker | lodging and meals |
| 3. | University of Alabama | 11/15/18-11/16/18 | Birgmingham, AL | Bankruptcy Law Update, speaker | lodging, meals, transportation, and tuition |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC BANK CASH ACCOUNTS | A | Interest | K | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. - TD AMERITRADE CASH ACCOUNTS (X) | | None | J | T | | | | | |
| 4. - AMAZON.COM INC COM | | None | K | T | | | | | |
| 5. - CORNERSTONE STRATEGIC VALUE COM | C | Dividend | J | T | Buy (add'l) | 03/21/18 | J | | |
| 6. - CREDIT SUISSE VELOCITY DAILY 2X SHT TRM | | None | | | Sold | 02/07/18 | J | A | |
| 7. | | | | | Buy | 08/24/18 | J | | |
| 8. | | | | | Sold | 09/10/18 | J | A | |
| 9. | | | | | Buy | 11/08/18 | J | | |
| 10. | | | | | Sold | 11/16/18 | J | | |
| 11. | | | | | Buy | 12/04/18 | J | | |
| 12. | | | | | Sold | 12/10/18 | J | A | |
| 13. - PAYPAL HLDGS INC COM | | None | J | T | | | | | |
| 14. - SHELL MIDSTREAM PARTNERS COM | A | Distribution | | | Sold | 08/06/18 | J | | |
| 15. - SPDR GOLD TR GOLD SHS | | None | J | T | | | | | |
| 16. - TESLA INC COM | | None | J | T | Buy (add'l) | 09/20/18 | J | | |
| 17. - TELADOC HEALTH INC COM | | None | | | Buy | 11/21/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 11/28/18 | J | A | |
| 19. - TSLA Jan 19 2018 325.00 Call (X) | None | | | | Sold | 01/10/18 | J | A | |
| 20. - SPY Feb 16 2018 276.00 Call | None | | | | Buy | 01/11/18 | J | | |
| 21. | | | | | Sold | 01/12/18 | J | A | |
| 22. - SPY Feb 16 2018 281.00 Call | None | | | | Buy | 01/17/18 | J | | |
| 23. | | | | | Sold | 01/18/18 | J | A | |
| 24. - FB Feb 16 2018 185.00 Call (X) | None | | | | Sold | 01/23/18 | J | A | |
| 25. - BAC Mar 16 2018 32.00 Call (X) | None | | | | Sold | 01/30/18 | J | A | |
| 26. - JD Apr 20 2018 45.00 Call (X) | None | | | | Sold | 03/09/18 | J | A | |
| 27. - SPY May 18 2018 280.00 Call (Y) | None | | | | Buy | 03/20/18 | J | | |
| 28. - TSLA Sep 21 2018 350.00 Call (X) | None | | | | Sold | 08/03/18 | J | B | |
| 29. - TSLA Nov 16 2018 350.00 Call (X) | None | | | | Sold | 10/02/18 | J | A | |
| 30. -APPLE INC COM (Y) | | | | | | | | | |
| 31. -DELTA AIR LINES INC COM (Y) | | | | | | | | | |
| 32. -CYPRESS SEMICONDUCTOR CORP COM (Y) | | | | | | | | | |
| 33. -T-MOBILE US INC COM (Y) | | | | | | | | | |
| 34. -POWERSHARES C (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -WHEATON PRECIOUS METALS CORP C (Y) | | | | | | | | | |
| 36. -ADVANCED MICRO DEVICES INC C (Y) | | | | | | | | | |
| 37. -ALIBABA GROUP HLDG LTD C (Y) | | | | | | | | | |
| 38. IRA #2 (H) | | | | | | | | | |
| 39. -BERKSHIRE HATHAWAY INC DEL COM CL B | | None | J | T | Buy | 01/11/18 | J | | |
| 40. -CORNERSTONE STRATEGIC VALUE COM | A | Dividend | J | T | Buy (add'l) | 06/15/18 | J | | |
| 41. -DODGE & COX FUNDS INTL STK FD | A | Dividend | J | T | | | | | |
| 42. - TSLA Jan 19 2018 325.00 Call (X) | | None | | | Sold | 01/08/18 | J | A | |
| 43. - SPY Feb 16 2018 276.00 Call | | None | | | Buy | 01/10/18 | J | | |
| 44. | | | | | Sold | 01/11/18 | J | A | |
| 45. - SPY Feb 16 2018 281.00 Call (X) | | None | | | Sold | 01/17/18 | J | A | |
| 46. - JD Feb 16 2018 47.00 Call (X) | | None | | | Sold | 01/24/18 | J | A | |
| 47. - BAC Mar 16 2018 32.00 Call (X) | | None | | | Sold | 01/29/18 | J | A | |
| 48. -DELTA AIR LINES INC COM (Y) | | | | | | | | | |
| 49. -CREDIT SUISSE VELOCITY SHRES 2X VIX SH-TRM ETN (Y) | | | | | | | | | |
| 50. -SHELL MIDSTREAM PARTNERS COM (Y) | | | | | | | | | |
| 51. -POWERSHARES C (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -WHEATON PRECIOUS METALS CORP C (Y) | | | | | | | | | |
| 53. | -AMAZON.COM INC C (Y) | | | | | | | | | |
| 54. | IRA #3 (H) | | | | | | | | | |
| 55. | - E-TRADE BANK CASH ACCOUNT | A | Interest | J | T | | | | | |
| 56. | - FORD MOTOR COMPANY PAR $0.01 | | None | J | T | Buy | 12/07/18 | J | | |
| 57. | - GENERAL ELECTRIC COMPANY COM | | None | | | Buy | 10/22/18 | J | | |
| 58. | | | | | | Sold | 11/26/18 | J | | |
| 59. | - MICRON TECHNOLOGY INC | | None | J | T | Buy | 10/24/18 | J | | |
| 60. | - MICROSOFT CORP | A | Dividend | J | T | Buy | 10/22/18 | J | | |
| 61. | - SALESFORCE.COM INC | | None | J | T | Buy | 10/22/18 | J | | |
| 62. | - TELADOC HEALTH INC COMMON STOCK | | None | J | T | Buy | 10/22/18 | J | | |
| 63. | | | | | | Buy (add'l) | 12/06/18 | J | | |
| 64. | - TESLA INC COMMON STOCK | | None | J | T | Buy | 10/19/18 | J | | |
| 65. | BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 66. | -REGIONS FINANCIAL CORP NEW (Y) | | | | | | | | | |
| 67. | -ROYAL DUTCH SHELL PLC CL B (Y) | | | | | | | | | |
| 68. | -AMERICAN GOLD EAGLE (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -SPDR GOLD TR GOLD SHS | | None | J | T | | | | | |
| 70. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 71. -ALASKA AIR GROUP INC COM | A | Dividend | J | T | Buy | 01/29/18 | J | | |
| 72. -CORNERSTONE STRATEGIC VALUE COM | A | Dividend | J | T | Buy<br>(add'l) | 01/29/18 | J | | |
| 73. | B | Distribution | | | | | | | |
| 74. -CREDIT SUISSE VELCITY SHRES 2X VIX SH-TRM ETN | | None | | | Buy | 11/30/18 | J | | |
| 75. | | | | | Sold | 12/06/18 | J | A | |
| 76. - TAIWAN SEMICONDUCTOR ADR SPONSORED | | None | J | T | Buy | 12/06/18 | J | | |
| 77. -TELADOC HEALTH INC COM | | None | J | T | Buy | 01/29/18 | J | | |
| 78. - TSLA Jan 19 2018 320.00 Call (X) | | None | | | Sold | 01/08/18 | J | A | |
| 79. - TSLA Nov 16 2018 350.00 Call (X) | | None | | | Sold | 09/25/18 | J | A | |
| 80. | | | | | Sold | 10/01/18 | J | A | |
| 81. - FB Feb 16 2018 185.00 Call (X) | | None | | | Sold | 01/22/18 | J | A | |
| 82. - JD Feb 16 2018 47.00 Call (X) | | None | | | Sold | 01/24/18 | J | A | |
| 83. - SPY Feb 16 2018 281.00 Call | | None | | | Buy | 01/16/18 | J | | |
| 84. | | | | | Sold | 01/17/18 | J | A | |
| 85. - SPY May 18 2018 280.00 Call | | None | | | Buy | 03/19/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 03/20/18 | J | A | |
| 87. -DELTA AIRLINES INC DAL Mar 16 2018 60.00 Call (Y) | | None | | | Buy | 01/25/18 | J | | |
| 88. -CYPRESS SEMICONDUCTOR CORP (Y) | | | | | | | | | |
| 89. -ADVANCED MICRO DEVICES INC C (Y) | | | | | | | | | |
| 90. -POWERSHARES C (Y) | | | | | | | | | |
| 91. -SPDR GOLD TR GOLD SHS C (Y) | | | | | | | | | |
| 92. -WHEATON PRECIOUS METALS CORP C (Y) | | | | | | | | | |
| 93. BROKERAGE ACCOUNT #5 (H) | | | | | | | | | |
| 94. - Morgan Stanley Bank N.A. (X) | A | Interest | K | T | | | | | |
| 95. -Coca Cola Co | A | Dividend | J | T | | | | | |
| 96. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 97. -CORNERSTONE STRATEGIC VALUE COM | A | Dividend | J | T | | | | | |
| 98. | A | Distribution | | | | | | | |
| 99. -REGIONS FINANCIAL CORP COM (Y) | | | | | | | | | |
| 100. -POWERSHARES C (Y) | | | | | | | | | |
| 101. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 102. -CORNERSTONE STRATEGIC VALUE COM | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | B | Distribution | | | | | | | |
| 104. -APPLE INC COM (Y) | | | | | | | | | |
| 105. -CREDIT SUISSE VELCITYSHRES 2X VIX SH-TRM ETN (Y) | | | | | | | | | |
| 106. -CYPRESS SEMICONDUCTOR CORP COM (Y) | | | | | | | | | |
| 107. -DELTA AIR LINES INC (Y) | | | | | | | | | |
| 108. -ROYAL DUTCH SHELL PLC ADR CLASS B (Y) | | | | | | | | | |
| 109. -POWERSHARES C (Y) | | | | | | | | | |
| 110. -SPDR GOLD TR GLD SHS GLD C (Y) | | | | | | | | | |
| 111. -WHEATON PRECIOUS METALS CORP WPM C (Y) | | | | | | | | | |
| 112. 529 PLAN #2 (H) | | | | | | | | | |
| 113. -Vanguard Total Stock Market Index | B | Dividend | J | T | | | | | |
| 114. - Vanguard Institutional Index (X) | A | Dividend | J | T | | | | | |
| 115. - Vanguard Growth Index (X) | A | Dividend | K | T | | | | | |
| 116. - Vanguard International Growth (X) | A | Dividend | K | T | | | | | |
| 117. - FDIC-Insured Accounts (X) | A | Dividend | J | T | | | | | |
| 118. -Vanguard Developed Markets Index (Y) | A | Dividend | | | | | | | |
| 119. -Vanguard Emerging Markets Stock Index (Y) | A | Dividend | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  529 PLAN #3 (H) | | | | | | | | | |
| 121.  -Vanguard Growth Index | A | Dividend | K | T | | | | | |
| 122.  -Vanguard Mid-Cap Index | A | Dividend | K | T | | | | | |
| 123.  -Vanguard Small-Cap Index | A | Dividend | K | T | | | | | |
| 124.  -Vanguard International Growth | A | Dividend | K | T | | | | | |
| 125.  -DFA Global Equity Portfolio | A | Dividend | K | T | | | | | |
| 126.  401(k) #1 (Y) | | | | | | | | | |
| 127.  401(k) #2 (H) (Y) | | | | | | | | | |
| 128.  -Growth (MAP) Freedom 401k Class | | None | | | Sold | 06/30/18 | N | | |
| 129.  -Delaware Small Cap Value R6 | | None | | | Sold | 06/30/18 | J | | |
| 130.  -Harbor Capital Appreciation Retirement | | None | | | Sold | 06/30/18 | J | | |
| 131.  -Vanguard Institutional Index Fund | A | Dividend | | | Sold | 06/30/18 | K | | |
| 132.  U.S. Bank, N.A. CASH ACCOUNT (Y) | | | | | | | | | |
| 133.  GOLDMAN SACHS BANK CASH ACCOUNT (X) | A | Interest | K | T | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 3 - The TD Ameritrade cash accounts rose above the reporting threshold during this period.

Part VII, Line 27 - Asset SPY May 18 2018 280.00 Call was disposed of under the reporting threshold. That is why there is no sale information and the asset is marked (Y).

Part VII, Lines 30-37 - These assets were included on the initial report and were 100% disposed of in 2017.

Part VII, Lines 48-53 - These assets were included on the initial report and were 100% disposed of in 2017.

Part VII, Line 54 - IRA #3 is a new account. The Roth funds from 401(k) #2 were rolled into this account.

Part VII, Lines 66-67 - These assets were included on the initial report and were 100% disposed of in 2017.

Part VII, Line 68 - This asset was transferred out of the brokerage account in 2018. It is a precious metal and should not have been included in the initial report.

Part VII, Lines 78-82 - These assets were purchased in amounts below the reporting threshold.

Part VII, Line 87 - Asset was referred to as Delta Air Lines Inc on initial report. Correct name is Delta Air Lines Inc DAL Mar 16 2018 60.00 Call. Also, asset was disposed of under the reporting threshold. That is why there is no sale information and the asset is marked (Y).

Part VII, Lines 88-92 - These assets were included on the initial report and were 100% disposed of in 2017.

Part VII, Line 93 - This account is the same as the previous 529 Plan #1 listed on the initial report. It was incorrectly labeled as a 529 plan. It is actually a brokerage account.

Part VII, Line 94 - The Morgan Stanley Bank N.A. account rose above the reporting threshold during this period.

Part VII. Lines 99-100 - These assets were included on the initial report and were 100% disposed of in 2017.

Part VII. Lines 104-111 - These assets were included on the initial report and were 100% disposed of in 2017.

Part VII, Lines 112-125 – Reports for 529 Plans #2 and #3 do not give information concerning purchases and sales of assets. As such, only FMV and dividend income information is provided. If an asset is new it is marked (X) and if the asset is no longer in the account it is marked (Y).

Part VII, Line 126 - 401(k) #1 - Investment account 401(k) #1 was a retirement plan with a previous employer. The previous employer changed the plan administrator and all investments were transferred to 401(k) #2 in January 2018. This account is closed.

Part VII, Lines 127-131 - Investment account 401(k) #2 was a retirement plan with a previous employer. The 401(k) #2 account funds were rolled over into new retirement accounts via a nontaxable retirement rollover. The traditional 401(k) funds were rolled into the Thrift Savings Plan. The portion of the funds that are Roth contributions were rolled into IRA #3. No gain or loss is reported on the statements. This account is closed.

Part VII, Line 132 - U.S. Bank, N.A. held Roth funds from 401(k) #2 (lines 127-131) that were cashed out and held in a bank account before being rolled to a new retirement account. These funds were moved into IRA #3. This account is closed.

Part VII, Line 133 - Goldman Sachs Bank account is new for the reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Bessie M. Creswell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544